# EXHIBIT 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

- ☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
- ☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
- ☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882
- ☐ **HEMET** 880 N. State St., Hemet, CA 92543
- ☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
- ☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
- ☐ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
- ☒ **RIVERSIDE** 4050 Main St., Riverside, CA 92501
- ☐ **TEMECULA** 41002 County Center Dr., #100, Temecula, CA 92591

**RI-CI032**

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar Number and Address*)
Marshall Silberberg SBN58303
Law Offices of Marshall Silberberg
3121 Michelson Drive, Suite 525
Irvine, CA 92612

TELEPHONE NO: 949-718-0960 FAX NO. (Optional): 949-266-5811
E-MAIL ADDRESS (*Optional*): lupe@silberberglaw.com
ATTORNEY FOR (*Name*): Plaintiffs

*FOR COURT USE ONLY*

PLAINTIFF/PETITIONER: ADRIA SNOVER, by and through her GAL, et al.

DEFENDANT/RESPONDENT: CARE Professional Liability Association, LLC, et al.

CASE NUMBER: CVRI2405748

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92506

☐ The action concerns real property located in the zip code of: ____________

☐ The Defendant resides in the zip code of: ____________

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 10/8/24

Marshall Silberberg
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ [signature]
(SIGNATURE)



Approved for Mandatory Use
Riverside Superior Court
RI-CI032 [Rev. 08/15/13]
(Reformatted 01/07/19)

**CERTIFICATE OF COUNSEL**