# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIA SNOVER , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CARE PROFESSIONAL LIABILITY ASSOCIATION, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:25–cv–01219–FMO–SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __5/19/2025__ | __1__ | __Notice of Removal__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: __May 22, 2025__    By: __/s/ *Estrella Liberato*  *Estrella_Liberato@cacd.uscourts.gov*__
                                    Deputy Clerk