NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nicholas M. Gross (SBN: 285403) (ngross@foley.com)
Foley & Lardner LLP; 555 South Flower St. Ste. 3300, Los Angeles, CA 90071; Tel: 213.972.4500; Fax: 213.486.0065

Emma E. Soldon (SBN: 345323) (esoldon@foley.com)
Foley & Lardner LLP; 555 California St. Ste. 1700, San Francisco, CA 94104; Tel: 415.434.4484; Fax: 415.434.4507

ATTORNEY(S) FOR: Defendants Robert Pope and Gregory Cook

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adria Snover, by and through her Guardian ad Litem Jordan Callihan, et al.,<br><br>Plaintiff(s),<br>v.<br>Care Professional Liability Association, LLC, et al.,<br><br>Defendant(s) | CASE NUMBER:<br>5:25-CV-01219-FMO-SHK<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants Robert Pope and Gregory Cook
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Robert Pope | Citizen of Florida |
| Gregory Cook | Citizen of Kentucky |

| | |
|---|---|
| 5/27/2025 | /s/ Nicholas M. Gross |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants Robert Pope and Gregory Cook