# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**ADRIA SNOVER,** *et al.*                                                 **PLAINTIFF**

<u>**VS.**</u>                                             **CASE NO. 3:25-CV-00411**

**CARE PROFESSIONAL LIABILITY
ASSOCIATION, LLC,** *et al.*                                      **DEFENDANT**

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Comes now Nicholas Gross, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Defendants Gregory Cook and Robert Pope in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Foley & Lardner, LLP with offices at

    Foley & Lardner, LLP
    555 California Steet, Suite 1700
    San Francisco, CA 94104-1520
    (415) 438-6404

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts OR the highest court of the following states:

| U.S. Court / State | Admission Date | Bar No. |
|---|---|---|
| California | 12/03/2012 | 285403 |

3. Applicant has not been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I completed CM/ECF Training provided by the District Court for the Northern District of California, in connection with the registration for mandatory electronic case filing in that District.

6. The required *pro hac vice* motion fee of $150.00 is tendered with this application.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Ncholas Gross to the Western District of Kentucky pro hac vice for this case only.

    /s/Nicholas Gross
    NICHOLAS GROSS

Respectfully submitted,

By:   */s/ T. Kent Barber*
    T. Kent Barber (KY Bar No. 092456)
    **EMBRY MERRITT WOMACK NANCE, PLLC**
    Chase Tower
    201 E. Main Street, 14th Floor
    Lexington, KY 40507
    Telephone: (859) 543-0453
    Facsimile: (800) 505-0113
    *Proposed Local Counsel*