# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**ADRIA SNOVER,** *et al.*                                            **PLAINTIFF**

**VS.**                                                          CASE NO. 3:25-CV-00411

**CARE PROFESSIONAL LIABILITY
ASSOCIATION, LLC,** *et al.*                                          **DEFENDANT**

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The Applicant, Nicholas Gross, is permitted to argue or try this case in whole or in part as counsel for Defendants, Gregory Cook and Robert Pope. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, required by General Order 23-11.

**TENDERED BY:**

*/s/ T. Kent Barber*
T. Kent Barber (KY Bar No. 092456)
**EMBRY MERRITT WOMACK NANCE, PLLC**
Chase Tower
201 E. Main Street, 14th Floor
Lexington, KY 40507
Telephone: (859) 543-0453
Facsimile: (800) 505-0113
*Proposed Local Counsel*