# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ADRIA SNOVER, by and through her Guardian ad Litem JORDAN CALLIHAN; and, ARUNA GUPTA, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN BARNES, as Chapter 7 Trustee for the Estate of CARE PROFESSIONAL LIABILITY ASSOCIATION, LLC, DOES 1 through 50 inclusive, <br>   Defendants, | CASE NO: 3:25-CV-411-CHB <br><br> Judge: Claria Horn-Boom |

## CERTIFICATE OF SERVICE
## OF SECOND AMENDED COMPLAINT

  The undersigned hereby certifies that the Second Amended Complaint [D.E. 53] was served in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case on the 20th day of February, 2026.

              LAW OFFICES OF MARSHALL SILBERBERG

              By */s/ Marshall Silberberg*
                Marshall Silberberg
                William Collins
                Attorneys for Plaintiff, ARUNA GUPTA, M.D.